# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01572-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

GERARD M. PIERRE,

    Plaintiff,

v.

AURORA LOAN SERVICES, LLC,
AURORA BANK FSB,
AURORA COMMERCIAL CORP. ("Aurora"),
CITIGROUP, INC.,
CITIMORTGAGE, INC., ("Citi"),
JACOB J. LEW ("Lew"), in his capacity as United States Secretary of the Treasury,
    Department of the Treasury,
THOMAS J. CURRY ("Curry"), in his capacity as Comptroller of the Currency, the Office
    of the Comptroller of the Currency (the "OCC"), and Chief Administrator of
    National Banks,
MICHAEL E. FINN ("Finn"), in his capacity as Regional Director, Office of Thrift
    Supervision (the "OTS") Northeast Regional Office,
ALLONHILL, LLC dba STEWART LENDER SERVICES,
SUE ALLON ("Allon"), in her capacity as Chief Executive Officer (the "CEO"),
PROMONTORY FINANCIAL GROUP,
EUGENE LUDWIG ("Ludwig"), in his capacity as Chief Executive Officer (the "CEO"),
RUST CONSULTING, INC., ("Rust"), and
JEDD KEITH, in his capacity as General Counsel,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Complaint (ECF No. 1) and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that the

documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
- (1) __ is not submitted
- (2) xx is not on proper form (must use the court's current nonprisoner form)
- (3) __ is missing original signature by plaintiff/petitioner/applicant
- (4) __ is missing affidavit
- (5) __ affidavit is incomplete
- (6) __ affidavit is not notarized or is not properly notarized
- (7) __ names in caption do not match names in caption of complaint, petition or application
- (8) __ other: _____.

**Complaint or Petition**:
- (9) __ is not submitted
- (10) __ is not on proper form (must use the court's current nonprisoner form)
- (11) __ is missing an original signature by the plaintiff/petitioner/applicant
- (12) __ is incomplete
- (13) __ uses et al. instead of listing all parties in caption
- (14) __ names in caption do not match names in text
- (15) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
- (16) __ other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) form, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

DATED June 5, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge