**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01572-LTB

GERARD M. PIERRE,

    Plaintiff,

v.

AURORA LOAN SERVICES, LLC,
AURORA BANK FSB,
AURORA COMMERCIAL CORP.,
DALE & DECKER, INC.,
CITIGROUP, INC.,
CITIMORTGAGE, INC., ("Citi"),
JACOB J. LEW ("Lew"), in his capacity as United States Secretary of the Treasury,
UNITED STATES DEPARTMENT OF THE TREASURY,
THOMAS J. CURRY ("Curry"), in his capacity as Comptroller of the Currency,
THE OFFICE OF THE COMPTROLLER OF THE CURRENCY,
MICHAEL E. FINN ("Finn"), in his capacity as Regional Director,
THE OFFICE OF THRIFT SUPERVISION,
ALLONHILL, LLC,
SUE ALLON ("Allon"), in her capacity as Chief Executive Officer,
PROMONTORY FINANCIAL GROUP,
EUGENE LUDWIG ("Ludwig"), in his capacity as Chief Executive Officer
RUST CONSULTING, INC., and
KYLE BERNARD ("Rust"), in his capacity as General Counsel,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    "Plaintiff's Motion to Stay Judgment Pending Appeal" (ECF No. 22) is DENIED.

Dated:  September 17, 2014